NO. 07-09-0053-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 25, 2009
_____

DEVON ROYAL JONES,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 251st DISTRICT COURT OF POTTER COUNTY;

NO. 18880-C; HON. ANA ESTEVEZ, PRESIDING
_____

***ORDER OF DISMISSAL***
_____

Before QUINN, C.J., CAMPBELL, J., and BOYD, S.J.[1]

Appellant, Devon Royal Jones, appeals his conviction for capital murder. The certification of right to appeal executed by the trial court states that this "is a plea bargain case and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." This circumstance was brought to the attention of appellant's counsel and opportunity was granted him to obtain an amended certification entitling appellant to

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. TEX. GOV'T CODE ANN. §75.002(a)(1) (Vernon 2005).

appeal.  No such certification was received within the time we allotted.  Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.